# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE TRANSDIGM GROUP, INC. SECURITIES LITIGATION | CASE NO. 1:17CV1677 <br><br> JUDGE DONALD C. NUGENT <br><br> MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. <br><br> **<u>ORDER ADOPTING</u>** <br> **<u>REPORT & RECOMMENDATION</u>** |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF #59). On referral (ECF #56), Magistrate Judge Baughman considered Transdigm's motion to dismiss for failure to state a claim upon which relief may be granted (ECF #48, 49 (supplement)). Magistrate Judge Baughman recommended that the Plaintiff be afforded the opportunity to cure a pleading defect in the interests of judicial economy. (ECF #57).

Based on Magistrate Judge Baughman's prior order, the parties now jointly stipulate to a schedule by which the Plaintiff may file a second amended complaint, followed by an answer or other response by the defendants, and then a subsequent reply by the plaintiffs. (ECF #58).

Accordingly, this Court adopts Magistrate Judge Baughman's Report and Recommendation (ECF #59), and thereby adopts the proposed schedule for future action in this matter as agreed to by the parties. As a result, the outstanding motion to dismiss (ECF #48), is DENIED as moot.

A status conference has been set for Wednesday March 27, 2019 at 9:00 a.m. in the United

States District Court for the Northern District of Ohio, Cleveland, Ohio.

IT IS SO ORDERED

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Court

DATED: November 27, 2018